

**BEURY, L.**

v.

**BEURY, K.**

**1112 MDA 2016**

Superior Court of Pennsylvania.

03/09/2017

14–CV–72 (Northumberland)

Affirmed

**COM.**

v.

**ROSA, A.**

**1503 MDA 2016**

Superior Court of Pennsylvania.

03/09/2017

CP–38–CR–0001564–2011 (Lebanon)

Affirmed

**COM.**

v.

**HORSEY, D.**

**558 WDA 2016**

Superior Court of Pennsylvania.

03/09/2017

CP–42–CR–0000608–2014 (McKean)

Vacated/Remanded

**IN RE: TESTAMENTARY TRUST OF NORTHCRAFT, L.**

**1105 WDA 2016**

Superior Court of Pennsylvania.

Filed 03/09/2017

2014–00072 (Bedford)

Affirmed

**COM.**

v.

**ARNOLD, M.**

**3644 EDA 2015**

Superior Court of Pennsylvania.

Filed 03/10/2017

CP–51–CR–0006961–2009 (Philadelphia)

Affirmed

**COM.**

v.

**LEATHERBERY, R.**

**572 EDA 2016**

Superior Court of Pennsylvania.

03/10/2017

CP–51–CR–0013503–2014 (Philadelphia)

Affirmed

